STATE OF NEW JERSEY v. JAMES HORSLEY.

September 27, 1988.

Petition for certification denied.

MARVIN T. BOYD, M.D. v. ST. JOSEPH'S HOSPITAL AND MEDI-
CAL CENTER.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEWIS MARSHALL.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH ARNOLD.

October 4, 1988.

Petition for certification denied.